IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 FEB 15 P 4:56
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06CR45-SRW |
| | ) | [29 USC 666(e)] |
| GREG CLARK d/b/a | ) | |
| GREG CLARK ROOFING & | ) | |
| CONSTRUCTION | ) | **INFORMATION** |

The United States Attorney for the Middle District of Alabama charges:

## COUNT 1

On or about the 10th day of November, 2004, in Montgomery County, in the Middle District of Alabama, GREG CLARK, doing business as GREG CLARK ROOFING & CONSTRUCTION, being an employer of employee Robyn Lawrence, did willfully violate a standard, rule, and order promulgated pursuant to Title 29, United States Code, Section 655, to wit:

> *Each employee on walking/working surfaces shall be protected from falling through holes (including skylights) more than 6 feet (1.8 m) above lower levels, by personal fall arrest systems, covers, or guardrail systems erected around such holes.* Title 29, Code of Federal Regulations, Section 1926.501(b)(4)(i);

by failing to implement such protective measures at the GroSouth Building, 633 North Decatur Street, Montgomery, Alabama, and that violation did cause the death of said employee Robyn Lawrence. All in violation of Title 29, United States Code, Section 666(e).

*/s/ Leura G. Canary*
LEURA G. CANARY
United States Attorney

*/s/ K. David Cooke, Jr.*
K. DAVID COOKE, JR.
Assistant United States Attorney