IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case Number: 2:06cr45 SRW |
| ) | |
| GREG CLARK d/b/a GREG CLARK ) | |
| ROOFING & CONSTRUCTION, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO CONTINUE ARRAIGNMENT

COMES NOW Greg Clark d/b/a Greg Clark Roofing & Construction, by and through his undersigned counsel, and hereby moves this Honorable Court to continue the Arraignment currently scheduled for March 7, 2006 at 10:00a.m. to a later date and for grounds would show as follows:

1. That the below signed attorney has a conflict wherein he has another Court appearance scheduled for March 7, 2006 at 10:00a.m. in State Court.

2. That the below signed attorney has spoken with the Honorable David Cook, Assistant United States Attorney, and he has no objection to said continuance.

WHEREFORE THE PREMISES considered, the below signed attorney respectfully asks this Honorable Court to continue the Arraignment scheduled for March 7, 2006 at 10:00a.m. to another date this week.

RESPECTFULLY SUBMITTED this the 6th day of March, 2006.

/s/RONALD W. WISE, WISE0904
2000 Interstate Park Drive
Suite 105
Montgomery, Alabama 36109
Telephone: (334) 260-0003
Fax: (334) 260-8005
E-Mail: ronwwise@aol.com

**CERTIFICATE OF SERVICE**

I do hereby certify that on February 9, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Ronald W. Wise