IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06po-0045-SRW |
| | ) | |
| GREG CLARK, | ) | |

**ORDER ON MOTION**

Upon consideration of defendant's motion to continue arraignment (Doc. # 5), filed March 6, 2006, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED. The arraignment previously set for March 7, 2006 is rescheduled for 8:30 a.m. on March 9, 2006.

Done, this 6th day of March, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE