| | |
|---|---|
| COURTROOM DEPUTY'S MINUTES | DATE: March 9, 2006 |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 8:30 - 8:45 |

√ **ARRAIGNMENT**   ❒ **CHANGE OF PLEA**   ❒ **CONSENT PLEA**
❒ **RULE 44(c) HEARING**   ❒ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker          **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 2:06po45-W                          **DEFENDANT NAME:** Greg Clark
**AUSA:** David Cooke                                **DEFENDANT ATTORNEY:** Gunter Guy

Type counsel ( )Waived; (√ )Retained; ( )CJA; ( )FPD
( ) appointed at arraignment; ( √ ) standing in for: Ron Wise

**PTSO/USPO:**

Interpreter present? ( √ )NO; ( )YES   Name:

---

√ This is defendant's **FIRST APPEARANCE.**

❒ **Financial Affidavit executed. ORAL MOTION** for appointment of Counsel.

❒ **ORAL ORDER** appointing Federal Public Defender. Notice of Appearance to be filed.

❒ **WAIVER OF INDICTMENT** executed and filed.

❒ **INFORMATION** filed.

❒ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**   √ **Not Guilty**
  ❒ **Guilty as to:**
    ❒ Count(s):
    ❒ Count(s):          ❒ dismissed on oral motion of USA
                          ❒ to be dismissed at sentencing

❒ Written plea agreement filed   ❒ **ORDERED SEALED**
√ **CRIMINAL TERM:** **5/15/06** (If Misdemeanor charges)*   ❒ WAIVER OF SPEEDY TRIAL filed.
          **DISCOVERY DISCLOSURE DATE:  3/9/06**

❒ **ORDER:** Defendant continued under ❒ same bond; ❒ summons; for:
    ❒ Trial on _____; ❒ Sentencing on _____

❒ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
    ❒ Trial on _____; or ❒ Sentencing on _____

❒ Rule 44 Hearing:   ❒ Waiver of Conflict of Interest Form executed
          ❒ Defendant requests time to secure new counsel

**\*\*Discussions regarding whether charges are misdemeanor or petty. Government to check into this matter and advise the Court.**