IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case Number: 2:06cr45 SRW |
| ) | |
| **GREG CLARK d/b/a GREG CLARK** ) | |
| **ROOFING & CONSTRUCTION,** ) | |
| ) | |
| **Defendant.** ) | |

### JOINT MOTION TO CONTINUE TRIAL

COMES NOW Greg Clark d/b/a Greg Clark Roofing & Construction, by and through his undersigned counsel, the Honorable David Cooke, Assistant United States Attorney, and hereby moves this Honorable Court to continue the Trial of his case currently scheduled for May 1, 2006 at 10:00a.m. to a later date and for grounds would show as follows:

1. That there is outstanding discovery in this matter;

2. That the below signed attorney just learned this date from David Cooke, Assistant United States Attorney, that the Case Agent is deceased;

3. That no harm or prejudice will be done by continuing said trial.

WHEREFORE THE PREMISES considered, the below signed attorney and the Honorable David Cooke, Assistant United States Attorney respectfully ask this Honorable Court to continue the Trial of this matter scheduled for May 1, 2006 at 10:00a.m. to a later date.

RESPECTFULLY SUBMITTED this the 25th day of April, 2006.

>/s/RONALD W. WISE, WISE0904
>2000 Interstate Park Drive
>Suite 105
>Montgomery, Alabama 36109
>Telephone: (334) 260-0003
>Fax: (334) 260-8005
>E-Mail: ronwwise@aol.com

## CERTIFICATE OF SERVICE

I do hereby certify that on April 25, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

>/s/ Ronald W. Wise