IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 2:06po45-SRW |
| | ) | WO |
| GREG CLARK d/b/a GREG CLARK | ) | |
| ROOFING & CONSTRUCTION, | ) | |

**ORDER ON MOTION**

This cause is currently pending before the court on a Motion to Continue filed by the defendant, GREG CLARK d/b/a GREG CLARK ROOFING & CONSTRUCTION, on April 25, 2006. The motion seeks a continuance of the trial currently set for May 1, 2006.

Upon consideration of the motion, it is hereby

ORDERED that the Motion to Continue filed by defendant GREG CLARK d/b/a GREG CLARK ROOFING & CONSTRUCTION, be and hereby is GRANTED. This case is reset on the trial term commencing June 15, 2006.

DONE, this 1st day of May, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE