IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case Number: 2:06cr45 SRW |
| ) | |
| GREG CLARK d/b/a GREG CLARK ) | |
| ROOFING & CONSTRUCTION, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO CONTINUE TRIAL

COMES NOW Greg Clark d/b/a Greg Clark Roofing & Construction, by and through his undersigned counsel, and hereby moves this Honorable Court to continue the Trial of this matter currently scheduled for June 15, 2006 to a later date and for grounds would show as follows:

1. On June 1, 2006 the below signed attorney received additional discovery consisting of several statements, photographs, audio and video and other investigative material from the U.S. Attorney's Office.

2. With this new discovery received, it does not give the below signed attorney sufficient time in which to adequately prepare for the trial of this matter.

3.  That the below signed attorney has spoken with the Honorable David Cooke, Assistant United States Attorney, and he has no objection to said continuance.

WHEREFORE THE PREMISES considered, the below signed attorney respectfully asks this Honorable Court to continue the Trial of this matter scheduled for June 15, 2006 to a later date.

RESPECTFULLY SUBMITTED this the 8th day of June, 2006.

/s/RONALD W. WISE, WISE0904
2000 Interstate Park Drive
Suite 105
Montgomery, Alabama 36109
Telephone: (334) 260-0003
Fax: (334) 260-8005
E-Mail: ronwwise@aol.com

## CERTIFICATE OF SERVICE

I do hereby certify that on June 8, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Ronald W. Wise