IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case Number: 2:06cr45 SRW |
| ) | |
| GREG CLARK d/b/a GREG CLARK ) | |
| ROOFING & CONSTRUCTION, ) | |
| ) | |
| Defendant. ) | |

## WAIVER OF RIGHT TO SPEEDY TRIAL

The undersigned Defendant, Greg Clark, after being advised of his right to a speedy trial as guaranteed her by the Sixth Amendment to the United States Constitution and the implementation of said right in 18 U.S.C. § 3161, hereby waives his right to a speedy trial.

_6-9-06_
DATE

_/s/ Greg Clark_
Greg Clark

RONALD W. WISE, WIS0904
2000 Interstate Park Drive
Suite 105
Montgomery, Alabama 36109
(334) 260-0003
e-mail: ronwwise@aol.com

Attorney for Defendant
Greg Clark