IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 2:06po45-SRW |
| | ) | WO |
| GREG CLARK d/b/a GREG CLARK | ) | |
| ROOFING & CONSTRUCTION, | ) | |

## ORDER ON MOTION

This cause is currently pending before the court on a Motion to Continue filed by the defendant, GREG CLARK d/b/a GREG CLARK ROOFING & CONSTRUCTION, on June 8, 2006. The motion seeks a continuance of the trial currently set for June 15, 2006.

Upon consideration of the motion, it is hereby

ORDERED that the Motion to Continue filed by defendant GREG CLARK d/b/a GREG CLARK ROOFING & CONSTRUCTION, be and hereby is GRANTED. This case is reset for non-jury trial commencing at 10:00 a.m. on August 1, 2006.

DONE, this 12th day of June, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE