IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case Number: 2:06cr45 SRW |
| ) | |
| GREG CLARK d/b/a GREG CLARK ) | |
| ROOFING & CONSTRUCTION, ) | |
| ) | |
| Defendant. ) | |

## JOINT MOTION TO CONTINUE TRIAL

COMES NOW Greg Clark d/b/a Greg Clark Roofing & Construction, by and through his undersigned counsel, the Honorable David Cooke, Assistant United States Attorney, and hereby moves this Honorable Court to continue the Trial of his case currently scheduled for August 1, 2006 at 10:00a.m. to November 1, 2006 and for grounds would show as follows:

1.  That the parties are awaiting the Forensic Results from the Autopsy.

2.  The attorney for the Government as well as the attorney for the Defendant have spoken with Judge Walker's Chambers and there are no conflicts for the date of November 1, 2006 for the trial of this matter.

3.  That no harm or prejudice will be done by continuing said trial.

WHEREFORE THE PREMISES considered, the below signed attorney and the Honorable David Cooke, Assistant United States Attorney respectfully ask this

Honorable Court to continue the Trial of this matter scheduled for August 1, 2006 to November 1, 2006.

      RESPECTFULLY SUBMITTED this the 21st day of July, 2006.

      /s/RONALD W. WISE, WISE0904
      2000 Interstate Park Drive
      Suite 105
      Montgomery, Alabama 36109
      Telephone:  (334) 260-0003
      Fax:  (334) 260-8005
      E-Mail:  ronwwise@aol.com

## CERTIFICATE OF SERVICE

      I do hereby certify that on July 21, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

      /s/ Ronald W. Wise