IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | CR NO. 2:06po45-SRW |
| ) | WO |
| GREG CLARK d/b/a GREG CLARK ) | |
| ROOFING & CONSTRUCTION,    ) | |

## ORDER ON MOTION

This cause is currently pending before the court on a Joint Motion to Continue filed on , July 21, 2006.  The motion seeks a continuance of the trial currently set for August 1, 2006.

Upon consideration of the motion, it is hereby

ORDERED that the Motion to Continue be and hereby is GRANTED.  This case is reset for non-jury trial commencing at 10:00 a.m. on November 1, 2006.

Done, this 26th day of July, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED   STATES   MAGISTRATE   JUDGE