### IN THE DISTRICT COURT OF THE UNITED STATES
### FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case Number: 2:06cr45 SRW |
| ) | |
| GREG CLARK d/b/a GREG CLARK ) | |
| ROOFING & CONSTRUCTION, ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF INTENT TO CHANGE PLEA

COMES NOW the Defendant, Greg Clark, by and through his attorney of record, and hereby notifies this Honorable Court that he intends to withdraw his plea of not guilty and enter a plea of guilty.

RESPECTFULLY SUBMITTED this the 26th day of October, 2006.

/s/ **Ronald W. Wise**
Bar Number: WISER0904
Attorney for Greg Clark
2000 Interstate Park Drive
Suite 105
Montgomery, Alabama 36109
(334) 260-0003

### CERTIFICATE OF SERVICE

I do hereby certify that on October 26, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Kent Brunson, Assistant United States Attorney.

/s/ Ronald W. Wise