IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06po45-SRW |
| | ) | |
| GREG CLARK | ) | |

## ORDER

Pursuant to the defendant's *Notice of Intent to Change Plea* (Doc. #17) filed on October 26, 2006, it is hereby

ORDERED that the defendant, GREG CLARK, appear with counsel before the undersigned Magistrate Judge on November 1, 2006 at 10:00 a.m. in Courtroom 5B, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama, to enter a change of plea. The non-jury trial previously scheduled for November 1, 2006 is hereby cancelled.

Done, this 27th day of October, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE