| | | |
|---|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** November 1, 2006 | |
| **MIDDLE DISTRICT OF ALABAMA** | **DIGITAL RECORDING:** 10:00 - 10:18 | |

❏ **ARRAIGNMENT**   √ **CHANGE OF PLEA**   ❏ **CONSENT PLEA**
❏ **RULE 44(c) HEARING**   ❏ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker   **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 2:06po45-SRW   **DEFENDANT NAME:** Greg Clark d/b/a Greg Clark Roofing & Construction
**AUSA:** Kent Brunson   **DEFENDANT ATTORNEY:** Ron Wise

Type counsel ( )Waived; (√)Retained; ( )CJA; ( )FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:**

Interpreter present? (√)NO; ( )YES   Name:

---

❏ This is defendant's **FIRST APPEARANCE.**
❏ **Financial Affidavit executed. ORAL MOTION** for appointment of Counsel.
❏ **ORAL ORDER** appointing Federal Public Defender. Notice of Appearance to be filed.
❏ **WAIVER OF INDICTMENT** executed and filed.
❏ **INFORMATION** filed.
❏ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**   ❏ **Not Guilty**
   √ **Guilty as to:**
      √ **Count(s):**   1 of the Information
      ❏ **Count(s):**      ❏ dismissed on oral motion of USA
            ❏ to be dismissed at sentencing

√ Written plea agreement filed   ❏ **ORDERED SEALED**
√ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Count 1 of the Information.

❏ CRIMINAL TERM:   ❏ WAIVER OF SPEEDY TRIAL filed.

**DISCOVERY DISCLOSURE DATE:**

√ **APPEARANCE BOND** in the amount of $1,000.00 executed.

   Sentencing to be set by order.

❏ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
   ❏ Trial on _____; or ❏ Sentencing on _____
❏ Rule 44 Hearing:   ❏ Waiver of Conflict of Interest Form executed
      ❏ Defendant requests time to secure new counsel