IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06po45-SRW |
| | ) | |
| GREG CLARK d/b/a GREG CLARK ROOFING & CONSTRUCTION | ) ) | |

## **ORDER**

For good cause, it is

ORDERED that the defendant is set for sentencing on January 23, 2007 at 8:30 a.m., Courtroom 5B, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE, this 2nd day of November, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE