IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CR NO. 2:06-po-45-SRW |
| | ) | |
| GREG CLARK | ) | |

## UNITED STATES' MOTION TO SUBSTITUTE COUNSEL

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and hereby moves the Court to substitute Assistant United States Attorney Kent B. Brunson as counsel of record for the United States of America in this matter in place of Assistant United States Attorney K. David Cooke.

Respectfully submitted this the 19th of December, 2006.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY


/s/ Kent B. Brunson
KENT B. BRUNSON
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334.223.7280
334.223.7135 fax
kent.brunson@usdoj.gov


## MOTION GRANTED

THIS 20th DAY OF December, 20 06

_____
UNITED STATES MAGISTRATE JUDGE