| | |
|---|---|
| COURTROOM DEPUTY'S MINUTES | DATE: January 23, 2007 |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 8:35 - 8:40 |

❏ ARRAIGNMENT    ❏ CHANGE OF PLEA    ❏ CONSENT PLEA
❏ RULE 44(c) HEARING    √ SENTENCING

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker    **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 2:06po45-SRW    **DEFENDANT NAME:** Greg Clark
**AUSA:** Kent Brunson    **DEFENDANT ATTORNEY:** Ron Wise

Type counsel ( )Waived; (√)Retained; ( )CJA; ( )FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:** Al Lancaster
**Interpreter present?** ( √ )NO; ( )YES   Name:

---

## SENTENCING

**8:35 a.m.**    Court convenes.

Court's discussions with defendant regarding additional conditions not set out in plea agreement. Court will allow defendant to withdraw guilty plea pursuant to additional conditions.

Defendant does not want to withdraw guilty plea.

No objections to PSI.

Sentence stated.

No objections to sentence.

Sentence imposed as stated.

Defendant's right to appeal was waived pursuant to plea agreement.

**8:40 a.m.**    Court recessed.