PROB 12B
(7/93)

# United States District Court

for

## Middle District of Alabama

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Greg Clark d/b/a Greg Clark Roofing & Construction     Case Number: 2:06po45-SRW

Name of Sentencing Judicial Officer: The Honorable Susan Russ Walker, U.S. Magistrate Judge

Date of Original Sentence: January 23, 2007

Original Offense:     Willful Violation of Standards, Rules Causing Death to Employee

Original Sentence:     2 years probation

Type of Supervision: Probation         Date Supervision Commenced: January 23, 2007

Assistant U.S. Attorney: Kent B. Brunson         Defense Attorney: Ronald W. Wise

## PETITIONING THE COURT

[ ]     To extend the term of supervision for __ years, for a total term of __ years.
[X]     To modify the conditions of supervision as follows:

**The defendant shall complete 100 hours of community service at a time and location approved by the United States Probation Office.**

## CAUSE

Greg Clark was ordered at sentencing to complete 100 hours of community service through Habitat for Humanity of Montgomery. He has been unable to do so as he claims he initially had a hard time getting someone from the organization to return his calls and then when work was available, he could not take off from his paying job. The probation officer respectfully requests that the offender be allowed to complete his community service requirement at other organizations in addition to anything that may be available at Habitat for Humanity in Montgomery.

                                                            Respectfully submitted,

                              by     /s/ Daphne P. Willcox
                                       Daphne P. Willcox
                                       U.S. Probation Officer
                                       Date: February 12, 2008

Reviewed and approved:   /s/ David Ron Thweatt
                              Supervisory U.S. Probation Officer

PROB 12B
(7/93)

2

THE COURT ORDERS:

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[ ]   The Modification of Conditions as Noted Above
[ ]   Other

_____
Signature of Judicial Officer

_____
Date

PROB 12B
(7/93)

2